FILED

OCT 24 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY R. REYES, | No. C 05-04078 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| W.A. DUNCAN, | |
| Defendant. | |

Randy Reynaldo Reyes has filed a petition for writ of habeas corpus. The clerk shall serve by certified mail a copy of this order, the petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order on petitioner.

Respondents must file and serve upon petitioner, on or before **January 6, 2005**, an answer showing cause why a writ of habeas corpus should not be issued. Respondents must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **February 6, 2006**.

**IT IS SO ORDERED.**

Dated: 10/24/05

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Reyes,

           Plaintiff,

v.

et al,

           Defendant.

Case Number: CV05-04078 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis P. Riordan
Riordan & Horgan
523 Octavia Street
San Francisco, CA 94102

Donald M. Horgan
Riordan & Horgan
523 Octavia Street
San Francisco, CA 94102

Dated: October 24, 2005

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk