IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY RONALDO REYES, | No. C 05-04078 SI |
| Petitioner, | **ORDER GRANTING CERTIFICATE OF APPEALABILITY** |
| v. | |
| W.A. DUNCAN, Warden, | |
| Respondent. | |

Randy Ronaldo Reyes, a prisoner of the State of California at Salinas Valley State Prison in Soledad, California, brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed August 31, 2006, this Court denied the petition. Petitioner has now filed a notice of appeal, which this Court deems to constitute a request for a certificate of appealability. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Section 2253(c)(2) codified the standard announced by the United States Supreme Court in *Barefoot v. Estelle*, 463 U.S. 880, 892-93 (1983), to the effect that "a substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further." *Id.* at 893 n.4 (internal quotations omitted). The certificate must indicate which issues satisfy this standard, *see* 28 U.S.C. § 2253(c)(3), and the court of appeals is limited to considering only those claims. *See Hiivala v. Wood*, 195 F.3d 1098, 1103 (9th Cir. 1999).

Petitioner has "made a substantial showing of the denial of a constitutional right," 28 U.S.C. §

2253(c)(2), and has demonstrated that reasonable jurists would find debatable, the district court's assessment with respect to petitioner's second claim. Accordingly, the Court GRANTS a certificate of appealability with respect to the following issue: whether co-defendant Ruiz's confession was improperly excluded from petitioner's trial.

**IT IS SO ORDERED.**

Dated: September 25, 2006

SUSAN ILLSTON
United States District Judge